```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
AMBASE CORPORATION, et al.,                                  :
                                                             :
                              Plaintiffs,                    :
                                                             :           20-CV-2763 (VSB)
         -against-                                           :
                                                             :                ORDER
                                                             :
CUSTOM HOUSE RISK ADVISORS, INC, et                          :
al.,                                                         :
                                                             :
                              Defendants.                    :
                                                             :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on April 2, 2020, (Doc. 1), and filed a waiver of service on April 10, 2020, (Doc. 13). The deadline for Defendants to respond to Plaintiffs' complaint was June 8, 2020. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 1, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   June 18, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge